Donald Clifton Dewberry, Law Offices of Donald Dewberry, Houston, TX, for Plaintiff–Appellant.

Kerry Jean Simpson, Dallas, TX, for Defendant–Appellee.

Before REAVLEY, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM: *

The judgement of the district court is affirmed for the reasons explained in the magistrate judge's memorandum and recommendation of March 8, 2004. The Administrative Law Judge properly weighed all of the evidence in the record as a whole in rejecting the conclusions of the claimant's treating physician. *See Griego v. Sullivan,* 940 F.2d 942, 945 (5th Cir.1991); *Martinez v. Chater,* 64 F.3d 172, 176 (5th Cir.1995). Further, there is substantial evidence supporting the determination that the claimant was not disabled pursuant to

20 C.F.R. Pt. 404, Subpt. P, App. 1, § 12.00A. Finally, it was not error to consider the claimant's daily activities in determining that her impairments were not totally debilitating and did not prevent her from performing significant work activities. *See Chaparro v. Bowen,* 815 F.2d 1008, 1011 (5th Cir.1987); *Leggett v. Chater,* 67 F.3d 558, 565 n. 12 (5th Cir.1995); 20 C.F.R. Pt. 404, Subpt. P, App. 1, § 12.00(C)(2). AFFIRMED.

**SOUTHERN COUNCIL OF INDUSTRIAL WORKERS, LOCAL 2713, Plaintiff–Counter Defendant–Appellee,**

v.

**BRUCE HARDWOOD FLOORING, LLC, Defendant–Counter Claimant–Appellant.**

No. 04–40482.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 19, 2004.

David A. Van Os, Matthew G. Holder, David Van Os & Associates, San Antonio, TX, for Plaintiff–Counter Defendant–Appellee.

Stephen Richard Ward, J. Ronald Petrikin, Nancy Ellen Vaughn, Conner & Win-

---

ters, Tulsa, OK, for Defendant–Counter Claimant–Appellant.

Before REAVLEY, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed because the arbitrator found against insubordination on Robert's part due to nothing more than a disrespectful argument with McDaniel. He did not find that Roberts hit or struck McDaniel. We give the award the deference the law requires.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.